No. 573. LEWIS ET AL. v. LOWRY, DOING BUSINESS AS LOWRY COAL Co. C. A. 4th Cir. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE BLACK and MR. JUSTICE BRENNAN are of the opinion certiorari should be granted. *Val J. Mitch, Harold H. Bacon* and *M. E. Boiarsky* for petitioners. *Robert T. Winston* for respondent.

No. 392, Misc. BROWN v. ARIZONA. Supreme Court of Arizona. Certiorari denied. Petitioner *pro se*. *Robert W. Pickrell*, Attorney General of Arizona, and *Stirley Newell*, Assistant Attorney General, for respondent.

No. 472, Misc. TYSON v. PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.

No. 473, Misc. KIMBLE v. KEENAN, WORKHOUSE SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 589, Misc. KOURY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 579, Misc. ARGO v. WIMAN, WARDEN. Supreme Court of Alabama. Certiorari denied. Petitioner *pro se*. *MacDonald Gallion*, Attorney General of Alabama, and *John C. Tyson III*, Assistant Attorney General, for respondent.

No. 587, Misc. WILLIAMS v. SAHLI, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 6th Cir. Certiorari denied. *George W. Crockett, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for respondent.